# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAVID DAMAS § | |
| § | Civil Action No. 4:20-CV-686 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| TEXAS HEALTH PRESBYTERIAN § | |
| FLOWER MOUND § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 28, 2022, the Report of the Magistrate Judge (Dkt. #60) was entered containing proposed findings of fact and recommendations that Defendant Texas Health Presbyterian Flower Mound's Motion for Summary Judgment (Dkt. #40) be granted.

Having received the report of the Magistrate Judge, considered Plaintiff's Objections (Dkts. #65, #66), Defendant's Response (Dkt. #68), and conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly,

It is therefore **ORDERED** that Defendant Texas Health Presbyterian Flower Mound's Motion for Summary Judgment (Dkt. #40) is **GRANTED**. Plaintiff David Damas's claims against Defendant are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**, including Defendant Texas Health Presbyterian Flower Mound's Motion for Sanctions (Dkt. #34), as the relief requested by Defendant therein is to dismiss Plaintiff's case.

**IT IS SO ORDERED**.

SIGNED this 18th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE